# Court of Appeals
# of the State of Georgia

ATLANTA,  March 11, 2025

*The Court of Appeals hereby passes the following order:*

## A25E0079. DIPINTO v. CAMIA.

Appellant, the mother of H. D. C, has filed a notice of appeal from a Fulton County Superior Court order of February 24, 2025, that addressed, in part, physical custody of H. D. C. The appeal has not yet been docketed in this Court, but Appellant seeks an emergency supersedeas to stay the trial court's requirement that Appellant and H. D. C. attend weekly sessions of dialectical behavior therapy, beginning immediately. See OCGA § 5-6-34 (e).

In the interest of maintaining the status quo and preventing a contested issue from becoming moot, Appellant's emergency motion for supersedeas is hereby GRANTED and that portion of the trial court's February 24, 2025 Final Order requiring Appellant and H. D. C. to attend dialectical behavior therapy is stayed pending appeal. See Court of Appeals Rule 40 (b). This order is subject to revision by this Court upon further review of the record on appeal and the submissions of the parties.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  03/11/2025*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*